UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-CV-24477-JEM

**VICTOR ARIZA**,

    Plaintiff,

vs.

**INTERNATIONAL VAPOR GROUP, LLC,
d/b/a VAPORFI, a foreign limited liability
company,**

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

    Plaintiff VICTOR ARIZA, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement in principle and will be shortly executing all necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court stay all further proceedings for thirty (30) days for the parties to complete the settlement paperwork and file a stipulation of dismissal with prejudice.

    Dated: November 19, 2020.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 N. Hiatus Road<br>Sunrise, FL 33351<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email: pduran@pelayoduran.com |
| By _____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | By _____*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Ashley S. Jenkins, Esq.
SEYFARTH SHAW LLP
975 F Street NW
Washington, DC  20004
(202) 828-3530
asjenkins@seyfarth.com

Kevin M. Young, Esq.
SEFARTH SHAW LLP
1075 Peachtree Street NE, Suite 2500
Atlanta GA  30309-3958
(404) 885-1500
kyoung@seyfarth.com

*Attorneys for Defendant*
*INTERNATIONAL VAPOR GROUP LLC*
*d/b/a VAPORFI*

          /s/ *Roderick V. Hannah*
          Roderick V. Hannah