UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 20-24477-CIV-MARTINEZ/BECERRA**

VICTOR ARIZA,

    Plaintiff,

v.

INTERNATIONAL VAPOR GROUP, LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

    **THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 10]. Accordingly, it is:

    **ORDERD AND ADJUDGED** that this action is **DISMISSED with prejudice**. This case is **CLOSED**.

    DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of December, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record